SAFEGUARD SECURITY, INCORPORATED, Appellant, v JOSEPH RYAN, Respondent. [639 NYS2d 689]

Summary judgment was properly granted since plaintiff failed to come forward with any admissible proof of compensable damages (*see, Brauner v Columbia Broadcasting Sys.*, 221 AD2d 306). Plaintiff's remaining contentions are without merit. Concur—Wallach, J. P., Ross, Nardelli, Williams and Mazzarelli, JJ.